In re DAUPHIN COUNTY FOURTH INVESTIGATING GRAND JURY.

Petition of Joseph F. Sica.

No. 13 MM 2008.

Supreme Court of Pennsylvania.

May 2, 2008.

*ORDER*

PER CURIAM.

AND NOW, this 2nd day of May, 2008, Petitioner's request for the exercise of extraordinary jurisdiction pursuant to 42 Pa. C.S. § 726 is granted limited to the question of alleged violations of grand jury secrecy. See also *In re Dauphin County Investigating Grand Jury (Petition of Louis Denaples and Mount Airy # 1, L.L.C.)*, —— Pa. ——, 947 A.2d 712, 2008 WL 1915158, 28 MM 2008 (May 2, 2008).

The matter is remanded to Supervising Judge Todd A. Hoover for the purpose of conducting an expedited evidentiary hearing relating to allegations of violations of the secrecy provisions of the Investigating Grand Jury Act, 42 Pa.C.S. § 4541 et seq. At the conclusion of the hearing, Supervising Judge Hoover is directed to consider whether a special prosecutor should be appointed to pursue the allegations and to forward an opinion setting forth his findings and recommendations to this Court within ninety days of the date of this order.

The remaining claims presented in the Petition for Review are denied.

The Motion to Seal Exhibits "T" and "U" is granted.

Jurisdiction is retained.

COMMONWEALTH of Pennsylvania, Respondent

v.

Craig Scott JAROWECKI, Petitioner.

Supreme Court of Pennsylvania.

May 5, 2008.

*ORDER*

PER CURIAM.

AND NOW, this 5th day of May 2008, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to

all remaining issues. The issue, rephrased for clarity, is:

Whether the grading of the child pornography convictions at Counts 2 through 8 in a multiple counts complaint can be enhanced as a result of a child pornography conviction on Count 1?